Samuel GRIFFIN, Appellant, v. T. J. GOUGH, Acting Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12386.

United States Court of Appeals Fifth Circuit.

Oct. 18, 1948.

Samuel Griffin, of Atlanta, Ga., in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge and McCORD and WALLER, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly, therefore, affirmed.

Clifford Eugene HARVEY, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12523.

United States Court of Appeals Fifth Circuit.

Oct. 18, 1948.

Clifford Eugene Harvey, of Atlanta, Ga., in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge and McCORD and WALLER, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly, therefore, affirmed.

William V. HUDSON, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12399.

United States Court of Appeals Fifth Circuit.

Oct. 18, 1948.

William V. Hudson, of Atlanta, Ga., in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge and McCORD and WALLER, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly, therefore, affirmed.